IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANET GONZALES § | |
| § | |
| Plaintiff, § | |
| § | |
| § | CIVIL ACTION NO. 4:13-cv-02654 |
| V. § | |
| § | |
| § | JURY DEMANDED |
| § | |
| TEXAS CHILDREN'S HOSPITAL § | |
| § | |
| Defendant. § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Janet Gonzales ("Gonzales") and Defendant Texas Children's Hospital ("TCH") file this agreed stipulation of dismissal with prejudice in the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a).

1. Gonzales and TCH agree that this action should be dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. A proposed Order of Dismissal with Prejudice is attached.

Respectfully submitted,

| | |
|---|---|
| */s/ Nikeyla Johnson* | */s/Vianei Lopez Braun* |
| Nikeyla Johnson | Vianei Lopez Braun |
| Federal Bar No. 981963 | Federal Bar No. 13660 |
| State Bar No. 24065505 | State Bar No. 12569750 |
| | |
| JOHNSON LAW FIRM | BUCK KEENAN LLP |
| 1776 Yorktown, Suite 350 | 700 Louisiana, Suite 5100 |
| Houston, Texas 77056 | Houston, Texas 77002 |
| (713) 622-7600 | (713) 225-4500 |
| (888) 819-5612 - Fax | (713) 225-3719 – Fax |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |