# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JANET GONZALES,<br>    *Plaintiff,* | § § § § § § § § | |
| v. | | CIVIL ACTION NO. 4:13-cv-02654 |
| TEXAS CHILDREN'S HOSPITAL,<br>    *Defendants.* | | |

## ORDER

Pursuant to the parties' stipulation of dismissal (Dkt. 13) filed on October 9, 2014, this lawsuit is dismissed, with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

Signed at Houston, Texas on October 27, 2014.

*/s/ Stephen Wm Smith*
Stephen Wm Smith
United States Magistrate Judge